# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 31, 2021

161883

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

KAREN SPORS,
    Plaintiff-Appellant,

v

STATE OF MICHIGAN and DEPARTMENT
OF NATURAL RESOURCES,
    Defendants-Appellees.

SC: 161883
COA: 353216
Ct of Claims: 2018-000142-MZ

_____/

   On order of the Court, the application for leave to appeal the July 13, 2020 order of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 31, 2021



a0324

               Clerk